**Robert R. LAWRENCE,
Plaintiff–Appellant,**

v.

**MONTGOMERY COUNTY, MARYLAND; Shon Barr, Police Office PO # 1439; Montgomery County Police Department, 1st District; Montgomery County Maryland Government; Douglas M. Duncan, Montgomery County "Executive", Defendants–Appellees.**

No. 06–7591.

United States Court of Appeals,
Fourth Circuit.

Submitted: Feb. 28, 2007.
Decided: March 27, 2007.

Robert R. Lawrence, Appellant Pro Se. Edward Barry Lattner, County Attorney's Office, Rockville, Maryland, for Appellees.

Before TRAXLER, KING, and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Robert R. Lawrence appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint. We have

reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Lawrence v. Montgomery County,* No. 8:05–cv–02051–AW (D.Md. Aug. 30, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*